**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| EDMOND H. GALTON,            ) | Case No. EDCV 09-1188-DOC |
|                              ) | |
|          Plaintiff,          ) | ORDER |
|                              ) | |
|     v.                       ) | |
|                              ) | |
| MICHAEL J. ASTRUE,           ) | |
| Commissioner of the          ) | |
| Social Security Administration, ) | |
|                              ) | |
|          Defendant.          ) | |
| _____) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and pleadings herein, and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing this action with prejudice.

DATED: November 14, 2009

                                          _/s/ David O. Carter_
                                          David O. Carter
                                          United States District Judge